UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x

UNITED STATES OF AMERICA

-against-

Angel Velasquez,

                      Defendant.
------------------------------------------------------x

**ORDER**

16 Cr. 233(AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

       Defendant Angel Velasquez, having been sentenced to time served, on indictment ~~13 Cr. 560~~ 16 Cr 233 (AKH), shall be released from the custody of the United States Marshals..

SO ORDERED.

Dated:     December 5, 2019
             New York, New York

                                                ALVIN K. HELLERSTEIN
                                                United States District Judge