UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
UNITED STATES                                               :
                                                            :
                                                            :   **ORDER**
       -against-                                            :
                                                            :   16 Cr. 233 (AKH)
CARLOS ORTIZ, et al.,                                       :
                                                            :
                              Defendants.                   :
                                                            :
                                                            :
                                                            :
------------------------------------------------------------ x

ALVIN K. HELLERSTEIN, U.S.D.J.:

       Currently, ECF No. 115 is marked as open. However, my order at ECF No. 118 resolved that motion. Accordingly, the Clerk shall terminate ECF No. 115 as to all defendants.

       SO ORDERED.

Dated:    March 25, 2022                   /s/ Alvin K. Hellerstein
            New York, New York        ALVIN K. HELLERSTEIN
                                     United States District Judge